No. 85–124. COCHRANE v. SIMOR ET AL. C. A. 2d Cir. Certiorari denied.

No. 85–126. PEACOCK ET AL. v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 85–127. CARRILLO v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 85–128. HOFFER v. ILLINOIS. Sup. Ct. Ill. Certiorari denied.

No. 85–133. SYSTEMS ARCHITECTS, INC., ET AL. v. UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 85–135. HINTON v. DIRECTOR, OFFICE OF WORKERS' COMPENSATION PROGRAMS, ET AL. C. A. 6th Cir. Certiorari denied.

No. 85–139. PENNZOIL CO. ET AL. v. ASSOCIATED GAS DISTRIBUTORS ET AL. C. A. D. C. Cir. Certiorari denied.

No. 85–141. PUGH v. FLORIDA. Dist. Ct. App. Fla., 4th Dist. Certiorari denied.

No. 85–143. TAYLOR v. BLACKWELL. C. A. 3d Cir. Certiorari denied.

No. 85–145. DOUGLAS v. TRAVELERS INNS OF NORTH WILKESBORO, INC., DBA HOLIDAY INN OF WILKESBORO. C. A. 4th Cir. Certiorari denied.

No. 85–147. SOUTHWEST CHEMICAL SERVICES, INC. v. SUPERIOR COURT OF MARICOPA COUNTY ET AL. Sup. Ct. Ariz. Certiorari denied.

No. 85–149. HARNEY v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 85–150. CHEVRON U. S. A. INC. v. BELCO PETROLEUM CORP. C. A. 5th Cir. Certiorari denied.

No. 85–153. BALTIMORE GAS & ELECTRIC CO. ET AL. v. HEINTZ ET AL. C. A. 4th Cir. Certiorari denied.